# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

JUSTIN NELSON                                    Case No.: 5:23-CV-00595-JSM-PRL

    Plaintiff,

vs.

RHYNO CONSTRUCTION, INC,

    Defendant.
_____/

## **PLAINTIFF'S INITIAL DISCLOSURES**

Plaintiff, JUSTIN NELSON, provides the following information in order to satisfy the mandatory disclosures under Rule 26(a)(1) of the Federal Rules of Civil Procedure. Investigation by Plaintiff is ongoing, and Plaintiff may further amend or supplement these Rule 26 disclosures, as necessary or appropriate.

    I.    Rule 26(a)(1)(A)(i) Disclosures

        1. Justin Nelson, Plaintiff

        2. Chadwick Evans

        3. Justin Nelson's treating physicians.

            To provide information regarding Nelson's limitations and disability.

        4. All other individuals identified through the discovery period.

        5. Records custodians for any documents needing the same.

        6. Any non-objectionable individual identified in Defendant's Initial Disclosures.

    II.    Rule 26(a)(1)(A)(ii) Disclosures

        1. Plaintiff's Medical Records;

Case No.: 5:23-CV-00595
Page 2

2. Plaintiff's communications with Defendant;

3. Documents associated with the EEOC investigation;

4. Documents identified during discovery, subject to Plaintiff's objections;

5. Documents received from Defendant, subject to Plaintiff's objections; and

6. Documents identified by Defendant in Defendant's disclsoures, subject to Plaintiff's objections.

III. Rule 26(a)(1)(A)(iii) Disclosures

Plaintiff is entitled to damages based upon Defendant's conduct. Plaintiff's damages include pain and suffering, lost wages and lost incidentals. A firm number has not been determined.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via the federal PACER system on this 13th day of May, 2024, to Benjamin Bard, Esq., Benjamin Briggs, Esq., and Erica Pope, Esq..

**KURTZ LAW OFFICES, LLC**
200 E Robinson St. Ste 1120
Orlando, FL 32801
Direct Line: (407)987-4520

By: /s/ Serena M. Kurtz
**SERENA M. KURTZ, ESQ.**
Florida Bar No.: 0088683