# EXHIBIT E

| | |
|---|---|
| **From:** | Benjamin Bard |
| **Sent:** | Wednesday, June 5, 2024 9:23 AM |
| **To:** | Serena Kurtz |
| **Cc:** | Benjamin Briggs; Erica Pope; Elaine Glotz; patrick@getkurtz.com; SMK@KubickiDraper.com |
| **Subject:** | RE: SERVICE OF DOCUMENTS: Justin Nelson v. Rhyno Construction, Inc., No. 5:23-cv-00595-JSM-PRL |
| **Importance:** | High |

Serena,

Please respond to my numerous e-mails below or provide your availability for a call to confer no later than the close of business today. If you fail to respond again, we will have no choice but to file a motion to compel, as well as Defendant's fees incurred in filing that motion.

Ben

---

**From:** Benjamin Bard
**Sent:** Monday, June 3, 2024 10:13 AM
**To:** 'Serena Kurtz' <serena@getkurtz.com>
**Cc:** Benjamin Briggs <Ben.Briggs@arlaw.com>; Erica Pope <Erica.Pope@arlaw.com>; Elaine Glotz <Elaine.Glotz@arlaw.com>; 'patrick@getkurtz.com' <patrick@getkurtz.com>; 'SMK@KubickiDraper.com' <SMK@KubickiDraper.com>
**Subject:** RE: SERVICE OF DOCUMENTS: Justin Nelson v. Rhyno Construction, Inc., No. 5:23-cv-00595-JSM-PRL
**Importance:** High

Serena,

I am following up on my e-mail below. Please advise whether Plaintiff intends to serve amended initial disclosures, as well as full and complete responses to Defendant's discovery requests. If you do not intend to serve those documents, please let me know when you can be available for a call to confer on a motion to compel today or tomorrow.

Ben

---

**From:** Benjamin Bard
**Sent:** Thursday, May 30, 2024 9:44 AM
**To:** Serena Kurtz <serena@getkurtz.com>
**Cc:** Benjamin Briggs <Ben.Briggs@arlaw.com>; Erica Pope <Erica.Pope@arlaw.com>; Elaine Glotz <Elaine.Glotz@arlaw.com>; patrick@getkurtz.com; SMK@KubickiDraper.com
**Subject:** RE: SERVICE OF DOCUMENTS: Justin Nelson v. Rhyno Construction, Inc., No. 5:23-cv-00595-JSM-PRL
**Importance:** High

Serena,

I am following up on my e-mail below. Additionally, you stated on our call last week that you would be serving amended initial disclosures this week. Please let me know when you will be serving those amended initial disclosures, as well as full and complete responses to Defendant's First Set of Interrogatories and First Request for Production. If you do not intend to serve those documents, please let me know when you can be available for a call to confer on a motion to compel.

Thanks,

Ben

---

**From:** Benjamin Bard <Benjamin.Bard@arlaw.com>
**Sent:** Tuesday, May 28, 2024 9:12 AM
**To:** Serena Kurtz <serena@getkurtz.com>
**Cc:** Benjamin Briggs <Ben.Briggs@arlaw.com>; Erica Pope <Erica.Pope@arlaw.com>; Elaine Glotz <Elaine.Glotz@arlaw.com>; patrick@getkurtz.com; SMK@KubickiDraper.com
**Subject:** RE: SERVICE OF DOCUMENTS: Justin Nelson v. Rhyno Construction, Inc., No. 5:23-cv-00595-JSM-PRL
**Importance:** High


Serena,

Plaintiff's responses to Defendant's First Set of Interrogatories and First Request for Production were due on May 24, 2024. Given Plaintiff's failure to timely serve responses, any objections have been waived. Please let us know when we can expect to receive full and complete responses to Defendant's discovery requests as soon as possible.

Thanks,

Ben


**Benjamin Bard** | ADAMS AND REESE LLP
Partner

100 N. Tampa Street, Suite 4000 | Tampa, FL 33602
**P:** 813.227.5510
Benjamin.Bard@arlaw.com | Bio | vCard | X | LinkedIn

---

**From:** Elaine Glotz <Elaine.Glotz@arlaw.com>
**Sent:** Wednesday, April 24, 2024 2:52 PM
**To:** Serena Kurtz <serena@getkurtz.com>; patrick@getkurtz.com; SMK@KubickiDraper.com
**Cc:** Benjamin Bard <Benjamin.Bard@arlaw.com>; Benjamin Briggs <Ben.Briggs@arlaw.com>; Erica Pope <Erica.Pope@arlaw.com>
**Subject:** SERVICE OF DOCUMENTS: Justin Nelson v. Rhyno Construction, Inc., No. 5:23-cv-00595-JSM-PRL

| Court: | United States District Court, Middle District of Florida, Ocala Division |
|---|---|
| Case No.: | 5:23-cv-00595-JSM-PRL |
| Plaintiff: | Justin Nelson |
| Defendant: | Rhyno Construction, Inc. |
| Document: | 1. *Defendant's Initial Disclosures;*<br>2. *Defendant's First Request for Production to Plaintiff; and* |

|  | *3. Defendant's First Set of Interrogatories to Plaintiff.* |
|---|---|
| **Serving Attorney:** | Benjamin W. Bard, Esquire |
| **Serving Attorney's Contact Information:** | Benjamin.Bard@arlaw.com<br>(813) 227-5510 |