**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

JUSTIN NELSON,

    Plaintiff,

v.

                              Case No. 5:23-cv-595-TJC-PRL

RHYNO CONSTRUCTION INC.,

    Defendant.

## O R D E R

Upon review of Joint Stipulation of Dismissal with Prejudice (Doc. 46), filed on November 20, 2024, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should terminate all pending motions and deadlines and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 2nd day of December, 2024.



TIMOTHY J. CORRIGAN
Senior United States District Judge

jcd
Copies:

Counsel of record